```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 24431
   ELEANOR J FORD
                                             CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-2217


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/30/2004 and was confirmed 08/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was paid in full 03/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
HINSDALE BANK & TRUST      SECURED             7007.95      712.49       7007.95
PCFS FINANCIAL SERVICES    CURRENT MORTG          .00          .00           .00
PCFS FINANCIAL SERVICES    MORTGAGE ARRE     2883.62          .00       2883.62
MUTUAL HOSPITAL            UNSECURED             .00          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         3133.10          .00        939.93
PREMIER BANCARD CHARTER    UNSECURED          315.32          .00         94.60
ECAST SETTLEMENT CORP      UNSECURED          259.19          .00         77.76
KEYNOTE CONSULTING         UNSECURED       NOT FILED          .00           .00
MIDNIGHT VELVET            UNSECURED          621.09          .00        186.33
HINSDALE BANK & TRUST      UNSECURED          350.00          .00        105.00
CREDITORS COLLECTION BUR   UNSECURED         1385.00          .00        415.50
MUTUAL HOSPITAL            UNSECURED         7733.82          .00       2320.15
HINSDALE BANK & TRUST      COST OF COLLE     585.00          .00        585.00
LEGAL HELPERS PC           DEBTOR ATTY     1,800.00                   1,800.00
TOM VAUGHN                 TRUSTEE                                    1,014.39
DEBTOR REFUND              REFUND                                       475.28

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                18,618.00

PRIORITY                                          .00
SECURED                                     10,476.57
    INTEREST                                   712.49
UNSECURED                                    4,139.27
ADMINISTRATIVE                               1,800.00
TRUSTEE COMPENSATION                         1,014.39
DEBTOR REFUND                                  475.28
                       --------------      --------------
TOTALS                 18,618.00            18,618.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24431 ELEANOR J FORD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 24431 ELEANOR J FORD